158

**UNITED STATES of America, Appellant,
v. Rocco MAIELLANO and Ignazio
Santamaria, Appellees.**

No. 7686.

*Circuit Court of Appeals, Third Circuit.*

Argued Jan. 19, 1942.

Decided Jan. 22, 1942.

J. Lawrence Grim, Asst. U. S. Atty., of Philadelphia, Pa. (Gerald Gleeson, U. S. Atty., of Philadelphia, Pa., on the brief), for appellant.

Albert S. Herskowitz, of Philadelphia, Pa., for appellees.

Before BIGGS, CLARK, and GOODRICH, Circuit Judges.

PER CURIAM.

Every disputed issue in the case at bar is ruled by the decision of the Supreme Court in Continental Casualty Co. and Marie M. Short v. United States of America, 62 S.Ct. 393, 86 L.Ed. ——, and must be resolved against the appellees. Accordingly the decree of the court below, remitting the forfeiture of bail and vacating the judgment, is reversed and the cause is remanded with directions to dismiss the petition for remission of forfeiture.

**In the Matter of William Blake CURTISS,
Bankrupt, Appellant; The Morris Plan
Industrial Bank of New York, Objecting
Creditor.**

No. 7884.

*Circuit Court of Appeals, Third Circuit.*

Argued Jan. 9, 1942.

Decided Jan. 9, 1942.

Max L. Rosenstein, of Newark, N. J. (William E. Kennedy, of Orange, N. J., on the brief), for appellant.

No argument for appellee (Henry W. Parker, of New York City, on the brief).

Before BIGGS, MARIS, and JONES, Circuit Judges.

PER CURIAM.

The order appealed from, 40 F.Supp. 495, is affirmed upon the opinion of the district judge. See In re Finn, 3 Cir., 119 F. 2d 656.